UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>DAVID EMILE COLBERT,<br><br>　　　　　　Defendant. | No.　2:14-CR-0051-WFN-1<br><br>ORDER DISMISSING INDICTMENT |

A sentencing hearing was held June 17, 2017 in 2:13-CR-0008-WFN-15. Pursuant to the Plea Agreement in that case, the Government moved to dismiss this case. The Court has reviewed the file and is fully informed. This Order is entered to memorialize the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that this case is **DISMISSED with prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of June, 2015.

06-17-15

　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT